LEXINGTON & FORTIETH CORPORATION et al., Appellants, *v.* CORNELIUS CALLAGHAN et al., Respondents, Impleaded with Another.

LEXINGTON & FORTIETH CORPORATION et al., Appellants, *v.* LÉXINGTON AVENUE AND 40TH STREET, INC., Respondent.

Submitted January 8, 1940; decided January 12, 1940.

Motion to amend the remittitur granted. Return of remittitur requested and when returned it will be amended so as to provide that but one bill of costs is awarded.